IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| ADAM COLT RAMEY,<br><br>    *Plaintiff*,<br><br>v.<br><br>GEORGIA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>    *Defendants*. | CIVIL ACTION NO.<br>3:24-cv-00065-TES-CHW |

**ORDER OF DISMISSAL**

After the United States Magistrate Judge recommended dismissing this case for failure to prosecute and comply with orders, pro se Plaintiff Adam Colt Ramey objected and requested additional time to recast his complaint. [Doc. 7]; [Doc. 15]; [Doc. 16]. Plaintiff explained that repeated transfers among correctional facilities had delayed his receipt of the Court's orders and were to blame for his noncompliance. [Doc. 16, p. 1]; *see* [Doc. 5]; [Doc. 6]. Exercising its discretion, the Court granted Plaintiff one final chance to file a recast complaint by April 10, 2025. [Doc. 17]; *see* [Doc. 16]. That deadline has passed, and Plaintiff still has not complied.

Plaintiff was warned several times that his failure to comply with orders could result in dismissal. [Doc. 5, pp. 6–7]; [Doc. 6, p. 2]; [Doc. 17, pp. 1–2]. If there was ever any doubt about that, the Court's most recent order cleared it up—warning that if Plaintiff "**fail[ed] to file a recast complaint [by April 10, 2025], his case [would] be dismissed *with prejudice***" and that "**[n]o additional warnings [would] be issued.**" [Doc. 17, pp. 1–2].

Accordingly, because Plaintiff has failed to prosecute his case and comply with the Court's orders despite ample opportunity to do so, the Court **DISMISSES** Plaintiff's Complaint [Doc. 1] **with prejudice**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) (citations omitted) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.").

**SO ORDERED**, this 30th day of May, 2025.

                                            S/ Tilman E. Self, III
                                            **TILMAN E. SELF, III, JUDGE**
                                            **UNITED STATES DISTRICT COURT**